**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03273-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DONALD ADAM PENROD,

    Plaintiff,

v.

DON QUICK, Adams County District Attorney,
SUSAN JONES, Warden CSP, and
TOM CLEMENTS, Executive Director Colorado Department of Corrections,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff has submitted a document titled "Independent Action to Restrain Enforcement of Convictions Procured by 'Unconstitutional Fraud on the Court'" and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. However, Plaintiff has failed to indicate if his civil action relates to a habeas corpus action or a prisoner complaint pursuant to 42 U.S.C. §1983.  It is noted that Plaintiff already has a 28 U.S.C. § 2254 habeas corpus action (Docket No. 11-cv-02223-BNB) pending before the Court.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __  is not submitted
(2)  __  is missing affidavit
(3)  _X_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing:<u>(account statement submitted is too old. It does not cover 6-month period immediately preceding this filing)</u>
(4)  __  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  __  is missing an original signature by the prisoner
(7)  __  is not on proper form (must use the court's current form)
(8)  __  names in caption do not match names in caption of complaint, petition or habeas application
(9)  __  other:_____.

**Complaint, Petition or Application**:
(10)  _X_  is not submitted
(11)  __  is not on proper form (must use the court's current form)
(12)  __  is missing an original signature by the prisoner
(13)  __  is missing page nos. __
(14)  __  uses et al. instead of listing all parties in caption
(15)  __  names in caption do not match names in text
(16)  __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  __  other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that if Plaintiff intends to file a prisoner complaint pursuant to §1983, Plaintiff shall obtain the court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff intends to file another habeas corpus action, Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action *and* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 *or* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 forms.  It is

FURTHER ORDERED that Plaintiff needs to select and file with the court the **one** form which applies to the civil action he wishes to file, along with the applicable §1915 Motion and Affidavit form, if necessary.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 27, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge