**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03273-LTB

DONALD ADAM PENROD,

    Plaintiff,

v.

DON QUICK, Adams County D.A.,
JOHN SUTHERS, Colo. Attorney General,
CLEMMIE P. ENGLE, Assis. Attorney General,
SUSAN JONES, Warden CSP, and
TOM CLEMENTS, Executive Director, Colorado Department of Corrections,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the motion titled "F. R. Evid. Rule 201(d) Motion to Judicially Notice Attached Exhibit E Asserted Jury Tampering" (ECF No. 22) that Plaintiff, Donald Adam Penrod, filed on March 26, 2012. This case was dismissed (ECF No. 18) on March 22, 2012, and judgment (ECF No. 19) was entered on the same day. This case is closed. Therefore, the motion is DENIED as moot.

Dated: March 30, 2012